UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND et al., <br><br> Plaintiff(s), <br><br> v. <br><br> YELM PROPERTY DEVELOPMENT LLC, <br><br> Defendant(s). | CASE NO. C24-0127-KKE <br><br> ORDER TO SHOW CAUSE |

The clerk entered an order of default as to Defendant in March 2024. Dkt. No. 10. Since that time, Plaintiffs have not moved for default judgment or requested any other relief from this Court. Plaintiffs are ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute, no later than October 4, 2024.

Dated this 13th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1